# PRISONERS DATABASE



## MAIN PAGE

**All Records for Thomas Cieniewicz**

| RecordID | PrisonerID | Name | File Date | Judge | RecDate | Office | Year | CV | Num | Action | Disposition | Three Strikes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33044 | 1191016 | Thomas Cieniewicz | 2022-02-16 | Brinkema | 2022-02-14 | 1 | 22 | cv | 999 | 42:1983pr | | |

TOTAL RECORDS:1

| Name | Location | Release Date |

| Personal Information | Offender I.D.# | Location | Release Date |
|---|---|---|---|
| Thomas Michael Cieniewicz<br>Alias: *Not Available*<br>61/White/Male | 1191016 | Chesapeake City Jail | 04/11/2022 |

## Disclaimer

The information shown in the offender locator is updated daily and reflects the most recent data available. Specific questions regarding an offender's sentence cannot be discussed with the general public. Please refer to our Time Computation page for general sentencing information. For all other questions, please send us a message through our contact page.

### Connect

### Contact

Virginia Department of Corrections
P.O. Box 26963
Richmond, VA 23261

(804) 674-3000

### Policies

Web Policy

Freedom of Information Act

### Additional Information

eVA Public Records

VADOC Expenses