Thomas Cieniewicz 8393
400 Albemarle Dr.
Chesapeake, Va.
     23322

United States District Court
Eastern District of Virginia
701 East Broad Street
Suite 300
Richmond, Va.
     23219-3528

U.S MARSHALS